732

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT MUMMIANI, Appellant, v. HARRY SILBERGLITT, as Warden of the City Prison of the City of New York, et al., Respondents.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

MAURICE GREENWALD, Respondent, v. T D PUBLISHING CORPORATION, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of JAURALE CORPORATION, Respondent-Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK, Appellant-Respondent.— The assessments for the tax years under review are fully supported by the record. Concur — Botein, P. J., McNally, Stevens, Steuer and Noonan, JJ.

In the Matter of ANNA GREENBERG, Respondent, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD VOGT.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

CARMINE PETRELLO v. HELEN EISENSTEIN.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

HARRY A. KAHN v. MANUFACTURERS TRUST COMPANY.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of SADIE OHLSTEIN v. MAURICE FISHER et al.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

BURLINGTON INDUSTRIES, INC., v. STANFORD W. BRAFF et al.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.